# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00202-CV

---

### C. T. and D. P., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 304,873-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

### O R D E R

PER CURIAM

Appellants C. T. and D. P. filed their notices of appeal on March 16, 2020, and March 17, 2020, respectively. The appellate record was complete March 29, 2020, making appellants' briefs due April 20, 2020. On April 17, 2020, and April 20, 2020, counsel for C. T. and counsel for D. P. filed their respective motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Natalie N. Fowler and Bradley K. Williamson to file appellants' briefs no later than May 11, 2020. If the briefs are not filed by

that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on April 23, 2020.


Before Chief Justice Rose, Justices Baker and Triana